**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CHRISTIE VICTOR,

    Plaintiff,

v.                                                      CASE NO.:  0:18-cv-60439-JEM

NISSAN MOTOR ACCEPTANCE
CORPORATION,

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, CHRISTIE VICTOR, and the Defendant, NISSAN MOTOR ACCEPTANCE CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Joseph A. Apatov, Esq.* |
| **Amanda J. Allen, Esquire** | **Joseph A. Apatov, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 93546 |
| Amanda@TheConsumerProtectionFirm.com | japatov@mcglinchey.com |
| The Consumer Protection Firm, PLLC | McGlinchey Stafford |
| 4030 Henderson Blvd. | 1 East Broward Blvd., Suite 1400 |
| Tampa, FL 33629 | Ft. Lauderdale, FL 33301 |
| Tele: (813) 500-1500 | Tele: (954) 356-2516 |
| Fax: (813) 435-2369 | Fax: (954) 252-3808 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on August 31, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 98228
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
***Attorney for Plaintiff***